UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED
NOV 9 - 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JOHNATHAN BYARS,<br>    also known as "John John,"<br>ANTIONE FULTON,<br>    also known as "Twilla" and "Twan,"<br>ISRAEL HALL,<br>    also known as "Izzy," and<br>CALEB MORAELS,<br>    also known as "KK" | No. 20 CR 50020<br><br>Violations: Title 18, United States Code, Sections 1951(a), 924(c)(1)(A)(i) and (ii), and 922(g)(1)<br><br>**SUPERSEDING INDICTMENT** |

## COUNT ONE

The SPECIAL APRIL 2021 GRAND JURY charges:

1. Beginning on or about April 13, 2019 and continuing through on or about May 5, 2019, at Chicago and Rockford, in the Northern District of Illinois, Eastern and Western Divisions, and elsewhere,

JOHNATHAN BYARS, also known as "John John,"
ANTIONE FULTON, also known as "Twilla" and "Twan,"
ISRAEL HALL, also known as "Izzy," and
CALEB MORALES, also known as "KK,"

defendants herein, did conspire with each other and with Vonte Spain, and others known and unknown to the Grand Jury, to obstruct, delay, and affect commerce by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), that is to unlawfully take and obtain property from the person and in the presence of employees of retail wireless stores, against the employees' will, by means of actual and threatened force, violence, and fear of injury to the employees.

2. It was part of the conspiracy that JOHNATHAN BYARS obtained stolen vehicles that JOHNATHAN BYARS, ANTIONE FULTON, ISRAEL HALL, CALEB MORALES, and other members of the conspiracy used to travel to wireless retail stores to commit robberies.

3. It was further part of the conspiracy that, during some robberies, ANTIONE FULTON and other members of the conspiracy entered a wireless retail store posing as a legitimate customer to distract the store's employee.

4. It was further part of the conspiracy that ANTIONE FULTON, ISRAEL HALL, and other members of the conspiracy supplied firearms that were used to commit and attempt to commit robberies.

5. It was further part of the conspiracy that JOHNATHAN BYARS, ANTIONE FULTON, CALEB MORALES, and other members of the conspiracy stole United States currency, new cell phones, and other merchandise from wireless retail stores.

6. It was further part of the conspiracy that JOHNATHAN BYARS, ANTIONE FULTON, CALEB MORALES, and other members of the conspiracy stole personal items from wireless retail store employees who were working at the times of the robberies and attempted robberies.

7. It was further part of the conspiracy that JOHNATHAN BYARS, ANTIONE FULTON, ISRAEL HALL, CALEB MORALES, and other members of the conspiracy transported stolen cell phones and merchandise to Chicago to sell to other individuals.

8. It was further part of the conspiracy that:

a. On or about April 13, 2019, JOHNATHAN BYARS, ANTIONE FULTON, and Vonte Spain robbed a Boost Mobile retail store located at 2398 172nd Street, Lansing, Illinois.

b. On or about April 22, 2019, JOHNATHAN BYARS, CALEB MORALES, Vonte Spain, and Coconspirator B attempted to rob a T-Mobile retail store located at 305 West Indian Trail Road, Aurora, Illinois.

c. On or about April 23, 2019, JOHNATHAN BYARS, CALEB MORALES, and Vonte Spain attempted to rob a T-Mobile retail store located at 1001 West 75th Street, Suit 189B, Woodridge, Illinois.

d. On or about May 3, 2019, JOHNATHAN BYARS, CALEB MORALES, and Vonte Spain robbed a Boost Mobile retail store located at 603 South Center Street, Bloomington, Illinois.

e. On or about May 5, 2019, JOHNATHAN BYARS, ISRAEL HALL, Vonte Spain, and Coconspirator C robbed a T-Mobile retail store located at 2430 Charles Street, Rockford, Illinois.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

The SPECIAL APRIL 2021 GRAND JURY further charges:

On or about April 13, 2019, at Lansing, in the Northern District of Illinois, and elsewhere,

>JOHNATHAN BYARS, also known as "John John," and
>ANTIONE FULTON, also known as "Twilla" and "Twan,"

defendants herein, did obstruct, delay, and affect commerce by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), in that defendants unlawfully took and obtained United States currency and property from the person and in the presence of an employee of a Boost Mobile retail store located at 2398 172nd Street, Lansing, Illinois, against the employee's will, by means of actual and threatened force, violence, and fear of injury to the employee;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT THREE

The SPECIAL APRIL 2021 GRAND JURY further charges:

On or about April 13, 2019, at Lansing, in the Northern District of Illinois, and elsewhere,

> JOHNATHAN BYARS, also known as "John John," and
> ANTIONE FULTON, also known as "Twilla" and "Twan,"

defendants herein, during and in relation to a crime of violence, namely robbery affecting commerce as charged in Count Two of this superseding indictment, knowingly used, carried, and brandished a firearm, namely a handgun;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and (ii).

## COUNT FOUR

The SPECIAL APRIL 2021 GRAND JURY further charges:

On or about April 22, 2019, at Aurora, in the Northern District of Illinois, and elsewhere,

>JOHNATHAN BYARS, also known as "John John," and
>CALEB MORALES, also known as "KK,"

defendants herein, did attempt to obstruct, delay, and affect commerce by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), in that defendants attempted to unlawfully take and obtain United States currency and property from the person and in the presence of an employee of a T-Mobile retail store located at 305 West Indian Trail Road, Aurora, Illinois, against the employee's will, by means of actual and threatened force, violence, and fear of injury to the employee;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT FIVE

The SPECIAL APRIL 2021 GRAND JURY further charges:

On or about April 22, 2019, at Aurora, in the Northern District of Illinois, and elsewhere,

JOHNATHAN BYARS, also known as "John John,"

defendant herein, during and in relation to a crime of violence, namely attempted robbery affecting commerce as charged in Count Four of this superseding indictment, knowingly used, carried, and brandished a firearm, namely a silver handgun;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and (ii).

## COUNT SIX

The SPECIAL APRIL 2021 GRAND JURY further charges:

On or about April 23, 2019, at Woodridge, in the Northern District of Illinois, and elsewhere,

> JOHNATHAN BYARS, also known as "John John," and
> CALEB MORALES, also known as "KK,"

defendants herein, and Vonte Spain did attempt to obstruct, delay, and affect commerce by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), in that defendants attempted to unlawfully take and obtain United States currency and property from the person and in the presence of an employee of a T-Mobile retail store located at 1001 West 75th Street, Suite 189B, Woodridge, Illinois, against the employee's will, by means of actual and threatened force, violence, and fear of injury to the employee;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT SEVEN

The SPECIAL APRIL 2021 GRAND JURY further charges:

On or about May 5, 2019, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

> JOHNATHAN BYARS, also known as "John John," and
> ISRAEL HALL, also known as "Izzy,"

defendants herein, did obstruct, delay, and affect commerce by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), in that defendants unlawfully took and obtained United States currency and property from the person and in the presence of employees of a T-Mobile retail store located at 2430 Charles Street, Rockford, Illinois, against those employees' will, by means of actual and threatened force, violence, and fear of injury to those employees;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT EIGHT

The SPECIAL APRIL 2021 GRAND JURY further charges:

On or about May 5, 2019, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

>JOHNATHAN BYARS, also known as "John John," and
>ISRAEL HALL, also known as "Izzy,"

defendants herein, during and in relation to a crime of violence, namely robbery affecting commerce as charged in Count Seven of this superseding indictment, knowingly used, carried, and brandished a firearm, namely, a Glock Model 22, .40 caliber pistol, with serial number SXT640 and a Beretta Model 92, 9mm pistol, with serial number B11529Z;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and (ii).

## COUNT NINE

The SPECIAL APRIL 2021 GRAND JURY further charges:

On or about May 5, 2019, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

JOHNATHAN BYARS, also known as "John John,"

defendant herein, knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely a Glock Model 22, .40 caliber pistol, with serial number SXT640 and a Beretta Model 92, 9mm pistol, with serial number B11529Z, which firearm previously had traveled in interstate and foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL APRIL 2021 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 1951 or 922(g)(1), as set forth in this superseding indictment, defendants shall forfeit to the United States of America, any firearm and ammunition involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock Model 22, .40 caliber pistol, with serial number SXT640 and associated ammunition, and a Beretta Model 92, 9mm pistol, with serial number B11529Z and associated ammunition.

A TRUE BILL:

FOREPERSON

_____
UNITED STATES ATTORNEY